IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 7:16-cr-00069-004 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| BRANDI ANN DOSS | ) | United States District Judge |

## ORDER TERMINATING TERM OF SUPERVISED RELEASE

For the reasons stated in the accompanying memorandum opinion, it is HEREBY

ORDERED that:

1.     Doss's motion for early termination of supervised release (Dkt. No. 315) is

GRANTED; and

2.     Doss's supervised release is hereby TERMINATED.

The clerk is directed to provide a copy of this order and the accompanying memorandum

opinion to Doss, all counsel of record, and the United States Probation Office.

Entered: September 1, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge